FILED

July 9, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )      Case No. CR.S-10-0255-GEB
              Plaintiff,        )
                                )
v.                              )
                                )      ORDER FOR RELEASE OF
KIEDOCK KIM,                    )      PERSON IN CUSTODY
              Defendant.        )
                                )
_____  )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release KIEDOCK KIM, Case No. CR.S-10-0255-GEB

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

____Release on Personal Recognizance

  X   Bail Posted in the Sum of: $100,000.00.

       ____   Unsecured Appearance Bond

       X    Appearance Bond - Cash

       X    (Other) Conditions as stated on the record.

       X    (Other) The Defendant was ordered forthwith on a $100,000 unsecured bond pending

posting of the cash bond.  The cash bond was ordered to be posted by the close of business on 07/13/10.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   07-09-10    at 3:36 p.m.

.

                    By   /s/ Edmund F. Brennan
                         Edmund F. Brennan
                         United States Magistrate Judge