MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003
msegal@segalandkirby.com
jmayo@segalandkirby.com

Attorneys for Defendant
KIEDOCK KIM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:10-CR-0255 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER MODIFYING TERMS OF PRETRIAL RELEASE RE TRAVEL RESTRICTIONS** |
| FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM, | |
| Defendants. | |
| _____/ | |

The defendant, KIEDOCK KIM, through his counsel of record, and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, along with the Pre-Trial Services, agree and stipulate that the condition of pre-trial release restricting the defendant's travel to the Eastern District of California shall be modified as follows:   The defendant's travel is restricted to the Eastern District of California and the Northern District of California.

///

///

///

| | | |
|---|---|---|
| Dated: October 4, 2010 | | Respectfully submitted, |

**SEGAL & KIRBY LLP**

By:  /s/ Malcolm Segal
     MALCOLM SEGAL
     Attorneys for Defendant
     KIEDOCK KIM


Dated: October 4, 2010     By:  /s/ Samuel Wong
                                SAMUEL WONG
                                Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:   October 4, 2010

HONORABLE EDMUND F. BRENNAN
Magistrate Judge, United States District Court