MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003
msegal@segalandkirby.com
jmayo@segalandkirby.com

Attorneys for Defendant
KIEDOCK KIM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:10-CR-0255 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM, | _____ |
| Defendants. | |
| _____/ | |

The defendant, KIEDOCK KIM, through his counsel of record, Segal & Kirby LLP, and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, agree and stipulate that the Status Conference currently set for October 15, 2010, at 9:00 a.m. may be continued to December 17, 2010, at 9:00 a.m. in order to permit the parties to review and complete the exchange of discovery, to allow the defense to review the voluminous discovery provided to date, and to prepare the case for further proceedings.

The parties agree a continuance is necessary for these purposes, and accordingly, both parties further agree and stipulate that time should be excluded from October 15, 2010 through December 17, 2010 from computation under the

Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (ongoing preparation of defense counsel) due to the need to provide defense counsel with the reasonable time to prepare taking into account the exercise of due diligence.

**IT IS SO STIPULATED.**

Dated: October 12, 2010                    Respectfully submitted,

                                           **SEGAL & KIRBY LLP**

                                    By:    /s/ Malcolm Segal
                                           MALCOLM SEGAL
                                           Attorneys for Defendant
                                           KIEDOCK KIM


                                    By:    /s/ Samuel Wong
Dated: October 12, 2010                    SAMUEL WONG
                                           Assistant United States Attorney


### ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Status Conference currently set for October 15, 2010, at 9:00 a.m. be continued to December 17, 2010, at 9:00 a.m..  Based upon the representation of the parties, including defense counsel, and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, and the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

|   |   |
|---|---|
| 1 | It is therefor ordered that the time from October 15, 2010 up to and including |
| 2 | the December 17, 2010 Status Conference shall be excluded from computation |
| 3 | under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and |
| 4 | Local Code T4 (ongoing preparation of defense counsel). |

Dated: October 12, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge