MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003
msegal@segalandkirby.com
jmayo@segalandkirby.com
Attorneys for Defendant
KIEDOCK KIM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:10-CR-0255 |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER MODIFYING TERMS OF PRETRIAL RELEASE TO PERMIT SHORT-TERM TRAVEL TO AND FROM CANADA AND FOR RELEASE OF DEFENDANT'S PASSPORT** |
| FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM, | |
| Defendants. | |
| _____/ | |

    The defendant, KIEDOCK KIM, through his counsel of record, and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, agree and stipulate that the condition of pre-trial release restricting the defendant's travel to the Eastern and Northern Districts of California shall be modified as follows:   The defendant shall be permitted to travel to and from Vancouver, British Columbia, Canada, for a ten day period commencing on February 1, 2011, to visit with his gravely ill father and to assist his family with his father's health crisis.

///

    The parties further agree and stipulate that the condition of pre-trial release requiring the defendant to surrender his passport to the Clerk of the Court may be

1  modified to permit the Clerk to release the previously-surrendered passport to
2  counsel for the defendant so that the defendant may travel to Canada to visit with his
3  gravely ill father. Upon return to the United States, the defendant shall surrender his
4  passport to the Clerk of the Court.

Dated: January 27, 2011            Respectfully submitted,

**SEGAL & KIRBY LLP**

By:    /s/ Malcolm Segal
       MALCOLM SEGAL
       Attorneys for Defendant
       KIEDOCK KIM


Dated: January 27, 2011        By:    /s/ Samuel Wong
                                      SAMUEL WONG
                                      Assistant United States Attorney
                                      (By permission)

### ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the condition of pre-trial release restricting the defendant's travel to the Eastern and Northern Districts of California is modified as follows: The defendant is permitted to travel to and from Vancouver, British Columbia, Canada, for a ten day period commencing on February 1, 2011.

The condition of pre-trial release requiring the defendant to surrender his passport to the Clerk of the Court is hereby modified and the Clerk shall release the previously-surrendered passport to counsel for the defendant. Upon return to the United States, the defendant shall surrender his passport to the Clerk of the Court.

**IT IS SO ORDERED.**

Dated: January 28, 2011

```
GARLAND E. BURRELL, JR.
United States District Judge
```