| | |
|---|---|
| 1 | MALCOLM S. SEGAL - 075481 |
|   | JAMES P. MAYO - 169897 |
| 2 | **SEGAL & KIRBY LLP** |
|   | 770 L Street, Suite 1440 |
| 3 | Sacramento, CA  95814 |
|   | Telephone: (916) 441-0828 |
| 4 | Facsimile: (916) 446-6003 |
|   | msegal@segalandkirby.com |
| 5 | jmayo@segalandkirby.com |
| 6 | Attorneys for Defendant |
|   | KIEDOCK KIM |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO: 2:10-CR-0255 GEB |
| Plaintiff, | | |
| v. | | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM, | | |
| Defendants. | | |
| _____/ | | |

The defendant, KIEDOCK KIM, through his counsel of record, Segal & Kirby LLP, and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, agree and stipulate that the Status Conference currently set for February 18, 2011, at 9:00 a.m. may be continued for an approximate period of sixty days, or until April 22, 2011, at 9:00 a.m. in order to permit the defendant the opportunity to provide reciprocal discovery to the government,  to meet with the government to discuss the discovery, and to prepare the case for further proceedings.

The parties agree a continuance is necessary for these purposes, and accordingly, both parties further agree and stipulate that time should be excluded

1  from February 18, 2011, through April 22, 2011 from computation under the Speedy

2  Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4

3  (ongoing preparation of defense counsel) due to the need to provide defense

4  counsel with the reasonable time to prepare and to provide reciprocal discovery to

5  the government taking into account the exercise of due diligence.

6      **IT IS SO STIPULATED.**

7

8  Dated: February 16, 2011    Respectfully submitted,

    **SEGAL & KIRBY LLP**

9

10      By:  /s/ Malcolm Segal
          MALCOLM SEGAL

11            Attorneys for Defendant
          KIEDOCK KIM

12

13

    By:  /s/ Samuel Wong

14  Dated: February 16, 2011    SAMUEL WONG
          Assistant United States Attorney (per

15            authorization)

16

17                               **ORDER**

18      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered

19  that the Status Conference currently set for February 18, 2011, at 9:00 a.m. be

20  continued to April 22, 2011, at 9:00 a.m..  Based upon the representation of the

21  parties, including defense counsel, and good cause appearing therefrom, the Court

22  hereby finds that it is unreasonable to expect adequate preparation for pretrial

23  proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, and

24  the requested continuance is necessary to provide defense counsel reasonable time

25  necessary for effective preparation and  to provide reciprocal discovery to the

26  government, taking into account the exercise of due diligence.  The Court finds the

27  ends of justice to be served by granting a continuance outweigh the best interests of

28  the public and the defendant in a speedy trial.

1 It is therefore ordered that the time from February 18, 2011 up to and including the April 22, 2011 Status Conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (ongoing preparation of defense counsel).

Dated: February 18, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge