MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003
msegal@segalandkirby.com
jmayo@segalandkirby.com

Attorneys for Defendant
KIEDOCK KIM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:10-CR-0255 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM, | |
| Defendants. | |
| _____/ | |

    The defendant, KIEDOCK KIM, through his counsel of record, Segal & Kirby LLP, and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, agree and stipulate that the Status Conference currently set for April 22, 2011, at 9:00 a.m. may be continued for an approximate period of 60 days, or until June 24, 2011, at 9:00 a.m. in order to permit the defendant the continued opportunity to provide reciprocal discovery to the government, to meet with the government to discuss the discovery, and to prepare the case for further proceedings.

    The parties agree a continuance is necessary for these purposes, and accordingly, both parties further agree and stipulate that time should be excluded

1  from April 22, 2011, through June 24, 2011 from computation under the Speedy Trial
2  Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (ongoing
3  preparation of defense counsel) due to the need to provide defense counsel with the
4  reasonable time to prepare and to provide reciprocal discovery to the government
5  taking into account the exercise of due diligence.
6      **IT IS SO STIPULATED.**
7
8  Dated: April 19, 2011         Respectfully submitted,
                                     **SEGAL & KIRBY LLP**
9
10                         By:   /s/ Malcolm Segal
                                MALCOLM SEGAL
11                              Attorneys for Defendant
                                KIEDOCK KIM
12
13
14 Dated: April 19, 2011        By:   /s/ Samuel Wong
                                SAMUEL WONG
15                              Assistant United States Attorney (per authorization)
16
17                              **ORDER**
18     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered
19 that the Status Conference currently set for April 22, 2011, at 9:00 a.m. be continued
20 to June 24, 2011, at 9:00 a.m.. Based upon the representation of the parties,
21 including defense counsel, and good cause appearing therefrom, the Court hereby
22 finds that it is unreasonable to expect adequate preparation for pretrial proceedings
23 and trial itself within the time limits established in 18 U.S.C. § 3161, and the
24 requested continuance is necessary to provide defense counsel reasonable time
25 necessary for effective preparation and to continue to provide reciprocal discovery to
26 the government, taking into account the exercise of due diligence. The Court finds
27 the ends of justice to be served by granting a continuance outweigh the best
28 interests of the public and the defendant in a speedy trial.

1 | It is therefore ordered that the time from April 22, 2011 up to and including the June 24, 2011 Status Conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (ongoing preparation of defense counsel).

Dated:  April 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge