MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003
msegal@segalandkirby.com
jmayo@segalandkirby.com

Attorneys for Defendant
KIEDOCK KIM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM,<br><br>　　　　Defendants.<br>_____/ | CASE NO: 2:10-CR-0255 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br>_____ |

　　The defendant, KIEDOCK KIM, through his counsel of record, Segal & Kirby LLP, and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, agree and stipulate that the Status Conference currently set for June 24, 2011, at 9:00 a.m. may be continued until September 16, 2011, at 9:00 a.m. in order to permit the defendant the continued opportunity to provide reciprocal discovery to the government, to meet with the government to discuss the discovery, to permit the government the opportunity to evaluate the discovery, and to prepare the case for further proceedings.

　　The parties agree a continuance is necessary for these purposes, and accordingly, both parties further agree and stipulate that time should be excluded

from June 24, 2011, through September 16, 2011 from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (ongoing preparation of defense counsel) due to the need to provide defense counsel with the reasonable time to prepare and to provide reciprocal discovery to the government taking into account the exercise of due diligence.

**IT IS SO STIPULATED.**

Dated: June 14, 2011        Respectfully submitted,

**SEGAL & KIRBY LLP**

By:   /s/ Malcolm Segal
MALCOLM SEGAL
Attorneys for Defendant
KIEDOCK KIM

Dated: June 14, 2011    By:   /s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney (per authorization)

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Status Conference currently set for June 24, 2011, at 9:00 a.m. be continued to September 16, 2011, at 9:00 a.m..  Based upon the representation of the parties, including defense counsel, and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, and the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation and to continue to provide reciprocal discovery to the government, taking into account the exercise of due diligence.  The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

1   It is therefore ordered that the time from June 24, 2011 up to and including the
2   September 16, 2011 Status Conference shall be excluded from computation of time
3   within which the trial of this matter must be commenced under the Speedy Trial Act
4   pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (ongoing
5   preparation of defense counsel).

Dated:  June 15, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND
EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT