| | |
|---|---|
| 1 | MALCOLM S. SEGAL - 075481 |
| | JAMES P. MAYO - 169897 |
| 2 | **SEGAL & KIRBY LLP** |
| | 770 L Street, Suite 1440 |
| 3 | Sacramento, CA  95814 |
| | Telephone: (916) 441-0828 |
| 4 | Facsimile: (916) 446-6003 |
| | msegal@segalandkirby.com |
| 5 | jmayo@segalandkirby.com |
| 6 | Attorneys for Defendant |
| | KIEDOCK KIM |
| 7 | |
| 8 | |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO: 2:10-CR-0255 |
| Plaintiff, | | |
| v. | | **STIPULATION AND PROPOSED ORDER MODIFYING TERMS OF PRETRIAL RELEASE TO PERMIT SHORT-TERM TRAVEL TO AND FROM CANADA AND FOR RELEASE OF DEFENDANT'S PASSPORT** |
| FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM, | | |
| Defendants. | | |
| _____/ | | |

The defendant, KIEDOCK KIM, through his counsel of record, and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, agree and stipulate that the condition of pre-trial release restricting the defendant's travel to the Eastern and Northern Districts of California shall be modified as follows:  The defendant shall be permitted to travel to and from Vancouver, British Columbia, Canada, for a fourteen day period commencing on July 12, 2011, and returning on July 26, 2011, to visit with his seriously ill and disabled father, who is confined to a full-time care facility, and with his sons who also reside in Canada.

1

Stipulation and Order Modifying Terms of Pretrial Release

The parties further agree and stipulate that the condition of pre-trial release requiring the defendant to surrender his passport to the Clerk of the Court may be modified to permit the Clerk to release the previously-surrendered passport to counsel for the defendant so that the defendant may travel to Canada to visit with his father and sons. Upon return to the United States, the defendant shall surrender his passport to the Clerk of the Court.

Dated: July 7, 2011         Respectfully submitted,

**SEGAL & KIRBY LLP**

By: /s/ Malcolm Segal
MALCOLM SEGAL
Attorneys for Defendant
KIEDOCK KIM

Dated: July 7, 2011         By: /s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney
(By permission)

### ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the condition of pre-trial release restricting the defendant's travel to the Eastern and Northern Districts of California is modified as follows: The defendant is permitted to travel to and from Vancouver, British Columbia, Canada, for a fourteen day period commencing on July 12, 2011, and returning on July 26, 2011.

The condition of pre-trial release requiring the defendant to surrender his passport to the Clerk of the Court is hereby modified and the Clerk shall release the previously-surrendered passport to counsel for the defendant. Upon return to the United States, the defendant shall surrender his passport to the Clerk of the Court.

**IT IS SO ORDERED.**

Dated: July 11, 2011

*Dale A. Drozd*
DALE A. DROZD
United States District Court Magistrate Judge

Stipulation and Order Modifying Terms of Pretrial Release