MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003
msegal@segalandkirby.com
jmayo@segalandkirby.com

Attorneys for Defendant
KIEDOCK KIM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM,<br><br>Defendants.<br>_____/ | CASE NO: 2:10-CR-0255<br><br>**STIPULATION AND PROPOSED ORDER MODIFYING TERMS OF PRETRIAL RELEASE TO PERMIT SHORT-TERM TRAVEL TO AND FROM CANADA AND FOR RELEASE OF DEFENDANT'S PASSPORT**<br>_____ |

The defendant, KIEDOCK KIM, through his counsel of record, and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, agree and stipulate that the condition of pre-trial release restricting the defendant's travel to the Eastern and Northern Districts of California shall be modified as follows:   The defendant shall be permitted to travel to and from Vancouver, British Columbia, Canada, for a seven-day period commencing on September 22, 2011, and returning on September 29, 2011, for the memorial services and funeral for his father, who passed away in Vancouver on Saturday evening, September 17, 2011.

The parties further agree and stipulate that the condition of pre-trial release requiring the defendant to surrender his passport to the Clerk of the Court may be modified to permit the Clerk to release the previously-surrendered passport to counsel for the defendant so that the defendant may travel to Canada for the memorial service and funeral of his father. Upon return to the United States, the defendant shall surrender his passport to the Clerk of the Court.

Dated: September ____, 2011          Respectfully submitted,

**SEGAL & KIRBY LLP**

By:   /s/ Malcolm Segal
      MALCOLM SEGAL
      Attorneys for Defendant
      KIEDOCK KIM

Dated: September ____, 2011     By:  /s/ Samuel Wong
                                     SAMUEL WONG
                                     Assistant United States Attorney
                                     (By permission)

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the condition of pre-trial release restricting the defendant's travel to the Eastern and Northern Districts of California is modified as follows:   The defendant is permitted to travel to and from Vancouver, British Columbia, Canada, for a seven-day period commencing on September 22, 2011, and returning on September 29, 2011 for the memorial services and funeral for his father.

The condition of pre-trial release requiring the defendant to surrender his passport to the Clerk of the Court is hereby modified and the Clerk shall release the

1 | previously-surrendered passport to counsel for the defendant.  Upon return to the
2 | United States, the defendant shall surrender his passport to the Clerk of the Court.
3 | **IT IS SO ORDERED.**
4 | Dated:  September 20, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge