MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003
msegal@segalandkirby.com
jmayo@segalandkirby.com

Attorneys for Defendant
KIEDOCK KIM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM,<br><br>Defendants.<br>_____/ | CASE NO: 2:10-CR-0255 GEB<br><br>**STIPULATION AND PROPOSED ORDER MODIFYING TERMS OF PRETRIAL RELEASE TO PERMIT OUT OF STATE TRAVEL AND EMPLOYMENT**<br>_____ |

### Background

The defendant, KIEDOCK KIM, was released on July 9, 2010, on an appearance bond secured by $100,000 deposited with the Court.  The conditions of release, as modified by stipulation and order entered on October 4, 2010, currently restrict the defendant's travel to the Eastern District of California and the Northern District of California.

The defendant, who is a Canadien citizen and a metallurgical engineer by profession, has recently received formal approval from the Department of Homeland Security to work in the United States as a non-immigrant employee. He has been

offered employment by Bell Copper Corporation in Tucson, Arizona, as a full-time "Feasibility Study Manager."  The position, which is essential to the defendant's continued ability to support himself, requires the defendant to report for duty on January 26, 2012, and to live in Tucson, Arizona.  His duties will involve evaluating several properties in Arizona currently owned by the company for potential future mining activities, and also, certain property the company is reviewing in Nevada.

The defendant will, if approved, travel to Tucson by automobile on January 24, 2012, and will initially stay at a hotel until he is able to locate an apartment as soon as practicable.  The defendant also anticipates returning to Northern California periodically to visit with his fiancee who resides in Biggs, California.

He has previously filed a Waiver of Appearance but will make himself readily available for any appearances in this case as he may be directed by the Court and for trial.   The defendant will also stay in regular contact with his attorneys throughout the duration of his out-of-state employment.

This Court has previously approved travel outside of the United States to Canada in order to permit the defendant to visit and assist his father during a terminal illness and for his father's funeral services.

Plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, has been made aware of this out-of-state employment and does not oppose this application.

**Stipulation**

Accordingly, the defendant, KIEDOCK KIM, through his counsel of record, and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, agree and stipulate that the condition of pre-trial release restricting the defendant's travel to the Eastern and Northern Districts of California shall be modified as follows:   The defendant shall be permitted to travel to and from Tucson, Arizona, commencing on January 24, 2012, for the purpose of his out-of-state employment with Bell Copper Corporation.   While employed at Bell Copper

1  Corporation, the defendant is permitted to reside in Arizona, and also, to travel within

2  Arizona and Nevada as his job duties may require.

3  Dated:   January 20, 2012                    Respectfully submitted,

4                                               **SEGAL & KIRBY LLP**

5
                                    By:   /s/ Malcolm Segal
6                                         MALCOLM SEGAL
                                          Attorneys for Defendant
7                                         KIEDOCK KIM

8  Dated:   January 20, 2012        By:   /s/ Samuel Wong
                                          SAMUEL WONG
9                                         Assistant United States Attorney
                                          (By permission)
10

11                                   **ORDER**

12       GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties,

13  the condition of pre-trial release restricting the defendant's travel to the Eastern and

14  Northern Districts of California is modified as follows:  The defendant shall be

15  permitted to travel to and from Tucson, Arizona, commencing on January 24, 2012,

16  for the purpose of his out-of-state employment with Bell Copper Corporation.  While

17  employed at Bell Copper Corporation, the defendant is permitted to reside in

18  Arizona, and also, to travel within Arizona and Nevada as his job duties may require.

19  The defendant is also instructed to stay in regular contact with his attorneys

20  throughout the duration of his out-of-state employment, and notwithstanding his

21  waiver of appearance on file, shall personally appear in this case as may be ordered

22  by the Court.

23       **IT IS SO ORDERED.**

24  Dated: January 20, 2012

25

26                                    _____
                                      GARLAND E. BURRELL, JR.
27                                    United States District Judge

28

Stipulation and Order Modifying Terms of Pretrial Release to Permit  Out of State Travel and Employment