MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone: (916) 441-0828
msegal@segalandkirby.com
jmayo@segalandkirby.com

Attorneys for Defendant
KIEDOCK KIM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM,<br><br>Defendants.<br>_____/ | CASE NO: 2:10-CR-0255 GEB<br><br>**STIPULATION AND PROPOSED ORDER MODIFYING TERMS OF PRETRIAL RELEASE TO PERMIT OUT-OF-STATE TRAVEL FOR EMPLOYMENT**<br>_____ |

**Background**

The defendant, KIEDOCK KIM, was released on July 9, 2010, on an appearance bond secured by $100,000 deposited with the Court.  The conditions of release, modified by stipulation and order entered on October 4, 2010, restricted the defendant's travel to the Eastern District of California and the Northern District of California.  By stipulation and order entered on February 1, 2012, the defendant was permitted to travel to and reside in the District and State of Arizona, and to travel in Nevada, for the purpose of gainful employment.

The defendant, a Canadian citizen and a metallurgical engineer by profession, received formal approval from the Department of Homeland Security to work in the

United States as a non-immigrant employee.  Following a recent order modifying the conditions of his release he began his employment with Bell Copper Corporation in Tucson, Arizona, as a full-time "Feasibility Study Manager."  The position, which is essential to the defendant's continued ability to support himself, requires travel to evaluate mining properties in Arizona and Nevada.

After his employment commenced in Arizona, defendant's employer requested that he travel to a site 100 miles into New Mexico to evaluate mining equipment to be purchased for use in the Arizona mining facility.

Counsel for both the United States and the defendant have discussed the defendant's need for regular travel to further the interests of his employer and to maintain gainful employment and, subject to approval by this Court, the government does not oppose an application to further modify the conditions of defendant's release.

The defendant has filed a Waiver of Appearance but will make himself readily available for any and all appearances in this case as may be required and will also stay in regular contact with his attorneys throughout the duration of his out-of-state employment.

This Court has previously approved travel outside of the United States to Canada in order to permit the defendant to visit and assist his father during a terminal illness and for his father's funeral services.

## Stipulation

Accordingly, the defendant, KIEDOCK KIM, through his counsel of record, and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, agree and stipulate that the condition of pre-trial release restricting the defendant's travel to the Eastern and Northern Districts of California, and to Arizona and Nevada for the purposes of employment shall be modified as follows:   The defendant shall be permitted to travel to and from Tucson, Arizona, to the Eastern District of California, and for the purpose of his out-of-state employment

with Bell Copper Corporation, the defendant is permitted to reside in Arizona, and to travel at the request of his employer within the continental United States in order to fulfill his professional responsibilities as a mining engineer. Any travel within the continental United States outside of California, Arizona, or Nevada however, is conditioned upon the specific advance knowledge of the proposed travel and the expressed approval of the Assistant United States Attorney assigned this case.

Dated:  February 9, 2012              Respectfully submitted,

                                      **SEGAL & KIRBY LLP**

                                      By:  /s/ Malcolm Segal
                                           MALCOLM SEGAL
                                           Attorneys for Defendant
                                           KIEDOCK KIM

Dated:  February 9, 2012        By:   /s/ Samuel Wong
                                      SAMUEL WONG
                                      Assistant United States Attorney
                                      (By permission)

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the condition of pre-trial release restricting the defendant's travel is modified as follows:  The defendant shall be permitted to travel within the Eastern and Northern Districts of California and to and from Tucson, Arizona, to the Eastern District of California and for the purpose of his out-of-state employment with Bell Copper Corporation, the defendant is permitted to reside in Arizona, and to travel within the continental United States, at the request of his employer, in order to fulfill his professional responsibilities as a mining engineer. Any travel within the continental United States outside of California, Arizona, or Nevada is conditioned upon the specific advance knowledge of the proposed travel and the expressed approval of the Assistant United States Attorney assigned this case.

///

The defendant must stay in regular contact with his attorneys throughout the duration of his out-of-state employment, and notwithstanding his waiver of appearance on file, shall personally appear in this case as may be ordered by the Court.

**IT IS SO ORDERED.**

Dated: February 9, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order Modifying Terms of Pretrial Release to Permit Out-of-State Travel For Employment