BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>KIEDOCK KIM,<br><br>            Defendant. | No. 2:10-CR-255 GEB<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS COUNTS ONE AND FOUR OF THE INDICTMENT**<br><br>Court:  Hon. Garland E. Burrell |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Kiedock Kim, on the other hand, through their respective undersigned counsel that the briefing and hearing schedule on Kim's motion to dismiss Counts One and Four of the Indictment shall, with the Court's approval, be modified as follows to allow the United States additional time to prepare its opposition to the motion and also allow the parties to discuss a pretrial resolution of this case through settlement that might moot the motion:

   1.   The United States' opposition due by April 27, 2012;

   2.   Any defense reply due by May 11, 2012; and

1

3. The hearing on the motion shall be reset from March 30, 2012, to May 18, 2012, at 9:00 a.m. Courtroom Clerk Shani Furstenau has advised that the Court is available for a motions hearing on this date and at this time.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 3-26-12     By:    /s/ Samuel Wong
_____
Samuel Wong
Assistant United States Attorney
Attorney for Plaintiff
United States of America

DATED: 3-26-12
/s/ Malcolm Segal per email authorization
_____
MALCOLM SEGAL
Attorney for Defendant
Kiedock Kim

**ORDER**

The Court, having received, read, and considered the stipulation of the parties to modify the briefing schedule and reset the hearing on defendant Kiedock Kim's motion to dismiss Counts One and Four of the Indictment, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: March 27, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge