BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRENCH GULCH NEVADA MINING CORPORATION, et al.,<br><br>    Defendants. | No. 2:10-CR-255 GEB<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT KIEDOCK KIM'S MOTION TO DISMISS CERTAIN COUNTS OF THE INDICTMENT, AMENDING THE BRIEFING SCHEDULE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

    It is hereby stipulated by and between plaintiff United States of America, on the one hand, and defendant Kiedock Kim, on the other hand, through their respective undersigned counsel that: (1) the presently set November 16, 2012, hearing on Kim's motion to dismiss certain counts of the Indictment shall be continued to January 25, 2013, at 9:00 a.m.; (2) the United States' response to Kim's motion shall be filed by January 4, 2013; and (3) Kim's reply, if any, shall be filed by January 15, 2013. This continuance is requested to provide the parties time

1

to attempt to negotiate a pretrial resolution of the case and, in the event the case is not resolved, provide the United States additional time to respond to Kim's dismissal motion.  The parties have made offers and counteroffers to resolve the case and, while the parties are moving closer to resolution of the case, additional time is need to more fully explore a settlement resolution.  The parties further stipulate and agree that computation of time within which the trial of this matter must be commenced shall continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to Kim's pending motion to dismiss.

DATED:  November 9, 2012
/s/ Malcolm S. Segal

_____
MALCOLM S. SEGAL
Attorney for Defendant
Kiedock Kim

Dated:  November 9, 2012        BENJAMIN B. WAGNER
                                UNITED STATES ATTORNEY

                                /s/ Samuel Wong
                           By:  _____
                                SAMUEL WONG
                                Assistant U.S. Attorney

1  ORDER

2  The Court having received, read, and considered the
3  stipulation of the parties, and good cause appearing therefrom,
4  adopts the stipulation of the parties in its entirety as its
5  order.  It is ordered that:  (1) the presently set November 16,
6  2012, hearing on Kim's motion to dismiss certain counts of the
7  Indictment shall be continued to January 25, 2013, at 9:00 a.m.;
8  (2) the United States' response to Kim's motion shall be filed by
9  January 4, 2013; and (3) Kim's reply, if any, shall be filed by
10 January 15, 2013.

11  It is further ordered that computation of time within which
12 the trial of this matter must be commenced shall continue to be
13 excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to
14 Kim's pending motion to dismiss through the conclusion of the
15 hearing on, or other prompt disposition of, such motion.

16 Dated:  November 13, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge