1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-CR-255 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT KIEDOCK KIM'S MOTION TO DISMISS CERTAIN COUNTS OF THE INDICTMENT, AMENDING THE BRIEFING SCHEDULE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| FRENCH GULCH NEVADA MINING CORPORATION, et al., | |
| Defendants. | |

It is hereby stipulated by and between plaintiff United States of America, on the one hand, and defendant Kiedock Kim, on the other hand, through their respective undersigned counsel that: (1) the presently set January 25, 2013, hearing on Kim's motion to dismiss certain counts of the Indictment shall be continued to April 5, 2013, at 9:00 a.m.; (2) the United States' response to Kim's motion shall be filed by March 15, 2013; and (3) Kim's reply, if any, shall be filed by March 27, 2013. This continuance is requested to provide the parties time to attempt to negotiate a pretrial resolution of the case and, in the event the case is not resolved, provide the United States additional

1

1  time to respond to Kim's dismissal motion.  The parties have made
2  offers and counteroffers to resolve the case and, while the
3  parties are moving closer to resolution of the case, additional
4  time is need to more fully explore a settlement resolution as
5  there are sentencing guidelines issues that remain unresolved.
6  The parties further stipulate and agree that computation of time
7  within which the trial of this matter must be commenced shall
8  continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local
9  Code E due to Kim's pending motion to dismiss.

11  DATED:  January 4, 2013         /s/ Malcolm S. Segal

13                                  _____
                                    MALCOLM S. SEGAL
                                    Attorney for Defendant
14                                  Kiedock Kim

15  Dated:  January 4, 2013         BENJAMIN B. WAGNER
16                                  UNITED STATES ATTORNEY

17                                  /s/ Samuel Wong
                            By:     _____
18                                  SAMUEL WONG
                                    Assistant U.S. Attorney

2

**ORDER**

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  It is ordered that:  (1) the presently set January 25, 2013, hearing on Kim's motion to dismiss certain counts of the Indictment shall be continued to April 5, 2013, at 9:00 a.m.; (2) the United States' response to Kim's motion shall be filed by March 15, 2013; and (3) Kim's reply, if any, shall be filed by March 27, 2013, 2013.

It is further ordered that computation of time within which the trial of this matter must be commenced shall continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to Kim's pending motion to dismiss through the conclusion of the hearing on, or other prompt disposition of, such motion.

Dated:  January 9, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge