```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRENCH GULCH NEVADA MINING CORPORATION, et al.,<br><br>    Defendants. | No. 2:10-CR-255 GEB<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT KIEDOCK KIM'S MOTION TO DISMISS CERTAIN COUNTS OF THE INDICTMENT, AMENDING THE BRIEFING SCHEDULE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

Whereas, the undersigned prosecutor for plaintiff United States of America has been heavily involved in a preparation for a complex three-defendant, multi-week trial in Fresno, California, in the case <u>United States v. Joseph M. Cuellar, et al.</u>, Case No. 1:10-CR-285 LJO, that was scheduled to start trial on March 19, 2013, but was settled on March 11, 2013; and

Whereas, the prosecutor's work on the <u>Cuellar</u> case prevented him from working on a proposed plea agreement in the instant case that might lead to the pretrial resolution of this case without the necessity of the Court considering and resolving defendant Kiedock Kim's motion to dismiss certain counts of the Indictment,

1

It is hereby stipulated by and between plaintiff United States of America, on the one hand, and Kim, on the other hand, through their respective undersigned counsel that:  (1) the presently set April 5, 2013, hearing on Kim's motion to dismiss certain counts of the Indictment shall be continued to June 7, 2013, at 9:00 a.m.; (2) the United States' response to Kim's motion shall be filed by May 10, 2013; and (3) Kim's reply, if any, shall be filed by May 24, 2013.  This continuance is requested to provide the parties time to attempt to negotiate a pretrial resolution of the case and, in the event the case is not resolved, provide the United States additional time to respond to Kim's dismissal motion.  The parties have made offers and counteroffers to resolve the case and, while the parties are moving closer to resolution of the case, additional time is need to more fully explore a settlement resolution as there are sentencing guidelines issues that remain unresolved.  The parties further stipulate and agree that computation of time within which the trial of this matter must be commenced shall continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to Kim's pending motion to dismiss.

DATED: March 15, 2013         /s/ Malcolm S. Segal
                              _____
                              MALCOLM S. SEGAL
                              Attorney for Defendant
                              Kiedock Kim

Dated: March 15, 2013         BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY

                              /s/ Samuel Wong

                         By:  SAMUEL WONG
                              Assistant U.S. Attorney


**ORDER**

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. It is ordered that: (1) the presently set April 5, 2013, hearing on Kim's motion to dismiss certain counts of the Indictment shall be continued to June 7, 2013, at 9:00 a.m.; (2) the United States' response to Kim's motion shall be filed by May 10, 2013; and (3) Kim's reply, if any, shall be filed by May 24, 2013.

It is further ordered that computation of time within which the trial of this matter must be commenced shall continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to Kim's pending motion to dismiss through the conclusion of the hearing on, or other prompt disposition of, such motion.

Dated: March 19, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge