1   BENJAMIN B. WAGNER
    United States Attorney
2   SAMUEL WONG
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2772

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10                                    )   No. 2:10-CR-255 TLN
                                      )
11  UNITED STATES OF AMERICA,         )
                                      )   **STIPULATION AND ORDER CONTINUING**
12             Plaintiff,             )   **HEARING ON DEFENDANT KIEDOCK**
                                      )   **KIM'S MOTION TO DISMISS CERTAIN**
13       v.                           )   **COUNTS OF THE INDICTMENT,**
                                      )   **AMENDING THE BRIEFING SCHEDULE,**
14  FRENCH GULCH NEVADA MINING        )   **AND EXCLUDING TIME UNDER THE**
    CORPORATION, et al.,              )   **SPEEDY TRIAL ACT**
15                                    )
               Defendants.            )
16  _____ )   Hon. Troy L. Nunley
                                      )
17

18       Whereas, the parties have discussed some of the possible

19  sentencing factors and enhancements that may apply in this case,

20  but still desire additional time to attempt to negotiate a

21  resolution of this case without the necessity of the Court

22  considering and resolving defendant Kiedock Kim's motion to

23  dismiss certain counts of the Indictment, and

24       Whereas, the United States desires additional time to

25  respond to Kim's motion, in the event that the parties are unable

26  to settle this case,

27       It is hereby stipulated by and between plaintiff United

28  States of America, on the one hand, and Kim, on the other hand,

                                    1

through their respective undersigned counsel that:  (1) the

presently set August 1, 2013, hearing on Kim's motion to dismiss

certain counts of the Indictment shall be continued to October 3,

2013, at 9:30 a.m.; (2) the United States' response to Kim's

motion shall be filed by September 12, 2013; and (3) Kim's reply,

if any, shall be filed by September 26, 2013.  This continuance

is requested to provide the parties time to attempt to negotiate

a pretrial resolution of the case and, in the event the case is

not resolved, provide the United States additional time to

respond to Kim's dismissal motion.  The parties have made offers

and counteroffers to resolve the case and, while the parties are

moving closer to resolution of the case, additional time is need

to more fully explore a settlement resolution as there are

sentencing guidelines issues that remain unresolved.  The parties

further stipulate and agree that computation of time within which

the trial of this matter must be commenced shall continue to be

excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to

Kim's pending motion to dismiss.

DATED:  July 11, 2013          /s/ Malcolm S. Segal
                               _____
                               MALCOLM S. SEGAL
                               Attorney for Defendant
                               Kiedock Kim


Dated:  July 11, 2013          BENJAMIN B. WAGNER
                               UNITED STATES ATTORNEY

                               /s/ Samuel Wong

                          By:  SAMUEL WONG
                               Assistant U.S. Attorney

2

**ORDER**

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  It is ordered that:  (1) the presently set August 1, 2013, hearing on Kim's motion to dismiss certain counts of the Indictment shall be continued to October 3, 2013, at 9:30 a.m.; (2) the United States' response to Kim's motion shall be filed by September 12, 2013; and (3) Kim's reply, if any, shall be filed by September 26, 2013.

It is further ordered that computation of time within which the trial of this matter must be commenced shall continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to Kim's pending motion to dismiss through the conclusion of the hearing on, or other prompt disposition of, such motion.


Dated:   July 16, 2013


                                                Troy L. Nunley
                                                United States District Judge