1 BENJAMIN B. WAGNER
United States Attorney
2 SAMUEL WONG
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2772

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10                                    )   No. 2:10-CR-255 TLN
11 UNITED STATES OF AMERICA,          )
                                      )   **STIPULATION AND ORDER CONTINUING**
12              Plaintiff,            )   **HEARING ON DEFENDANT KIEDOCK**
                                      )   **KIM'S MOTION TO DISMISS CERTAIN**
13      v.                           )   **COUNTS OF THE INDICTMENT,**
                                      )   **AMENDING THE BRIEFING SCHEDULE,**
14 FRENCH GULCH NEVADA MINING         )   **AND EXCLUDING TIME UNDER THE**
CORPORATION, et al.,                  )   **SPEEDY TRIAL ACT**
15                                    )
              Defendants.             )
16 ─────────────────────────────────  )   Hon. Troy L. Nunley
                                      )
17

18      Whereas, the parties desire additional time to negotiate a

19 settlement in this case, but that goal has been made more

20 difficult due to the effect that certain felony convictions might

21 have on defendant's Kiedock Kim's immigration status in the

22 United States;

23      Whereas, defense counsel desires more time to explore the

24 possibility of a resolution of this case that might allow Kim to

25 remain in the United States after this case is resolved;

26      Whereas, both parties desire additional time to attempt to

27 negotiate a resolution of this case without the necessity of the

28 Court considering and resolving defendant Kiedock Kim's motion to

1

1  dismiss certain counts of the Indictment, and

2      Whereas, the United States desires additional time to

3  respond to Kim's motion, in the event that the parties are unable

4  to settle this case,

5      It is hereby stipulated by and between plaintiff United

6  States of America, on the one hand, and Kim, on the other hand,

7  through their respective undersigned counsel that:  (1) the

8  presently set October 3, 2013, hearing on Kim's motion to dismiss

9  certain counts of the Indictment shall be continued to December

10  12,  2013, at 9:30 a.m.; (2) the United States' response to Kim's

11  motion shall be filed by November 21, 2013; and (3) Kim's reply,

12  if any, shall be filed by December 5, 2013.  This continuance is

13  requested to provide the parties time to attempt to negotiate a

14  pretrial resolution of the case and, in the event the case is not

15  resolved, provide the United States additional time to respond to

16  Kim's dismissal motion.  The parties have made offers and

17  counteroffers to resolve the case and, while the parties are

18  moving closer to resolution of the case, additional time is need

19  to more fully explore a settlement resolution as there are

20  sentencing guidelines and immigration issues that remain

21  unresolved.  The parties further stipulate and agree that

22  ///

23  ///

24  ///

25

26

27

28

2

computation of time within which the trial of this matter must be
commenced shall continue to be excluded under 18 U.S.C. §
3161(h)(1)(D) and Local Code E due to Kim's pending motion to
dismiss.

DATED:   September 20, 2013       /s/ Malcolm S. Segal
                                  _____
                                  MALCOLM S. SEGAL
                                  Attorney for Defendant
                                  Kiedock Kim
                                  (per telephone authorization)

Dated:   September 20, 2013       BENJAMIN B. WAGNER
                                  UNITED STATES ATTORNEY

                                  /s/ Samuel Wong

                            By:   SAMUEL WONG
                                  Assistant U.S. Attorney

**ORDER**

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  It is ordered that:  (1) the presently set October 3, 2013, hearing on Kim's motion to dismiss certain counts of the Indictment shall be continued to December 12, 2013, at 9:30 a.m.; (2) the United States' response to Kim's motion shall be filed by November 21, 2013; and (3) Kim's reply, if any, shall be filed by December 5, 2013.

It is further ordered that computation of time within which the trial of this matter must be commenced shall continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to Kim's pending motion to dismiss through the conclusion of the hearing on, or other prompt disposition of, such motion.

Dated: September 23, 2013

Troy L. Nunley
United States District Judge