BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-255-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE AND CONTINUING MOTION HEARING DATE |
| v. | |
| FRENCH GULCH NEVADA MINING CORPORATION, ET AL., | Court: Hon. Troy L. Nunley |
| Defendants. | |

Whereas, the United States desires additional time to respond to defendant Kiedock Kim's motions to dismiss Counts One and Four of the Indictment. In particular, the undersigned prosecutor desires additional time to consult with the United States Environmental Protection Agency case agent and Regional Enforcement Counsel regarding the preparation of the United States' response;

It is hereby stipulated, by and between the parties, through their respective counsel, that the previously set briefing schedule shall be amended and the motion hearing date rescheduled as follows:

1. The United States shall have January 23, 2014, to file its response to the defense motion;

2. Defendant Kim shall have until February 6, 2014, to file any reply in support of his motion; and

///

///

STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE

1

3. The hearing on defendant Kim's motion to dismiss shall be continued from January 16, 2014, at 9:00 a.m., to February 20, 2014, at 9:00 a.m.

DATED:  December 26, 2013

/s/   Malcolm Segal

By:  MALCOLM SEGAL
Attorney for Defendant
Kiedock Kim

DATED:  December 26, 2013

BENJAMIN B. WAGNER
United States Attorney

By:  /s/   Samuel Wong

SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

# O R D E R

Based on the representations and stipulations of the parties, and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its Order.

IT IS SO ORDERED.

Dated: December 27, 2013

TROY L. NUNLEY
United States District Judge

STIPULATION AND ORDER AMENDING
BRIEFING SCHEDULE

2