MALCOLM S. SEGAL - 075481
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
msegal@segal-pc.com

Attorneys for Defendant
KIEDOCK KIM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:10-CR-0255 TLN |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING TERMS OF PRETRIAL RELEASE TO PERMIT OUT-OF-STATE TRAVEL FOR EMPLOYMENT** |
| vs. | |
| FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM, | |
| Defendants. _____/ | |

The defendant, KIEDOCK KIM, through his counsel of record, and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, agree and stipulate that the condition of pre-trial release restricting the defendant's travel to the Eastern and Northern Districts of California shall be modified as follows:   The defendant shall be permitted to travel to and from Boise, Idaho, commencing on August 1, 2014 and returning on August 3, 2014, for a work-related meeting with Knife River Construction of Boise, Idaho.

Dated: July 23, 2014                    Respectfully submitted,

                                        **SEGAL & ASSOCIATES, PC**


                                        By:   /s/ Malcolm Segal
                                              MALCOLM SEGAL
                                              Attorneys for Defendant
                                              KIEDOCK KIM


                                        By:   /s/ Richard Bender
Dated: July 23, 2014                          RICHARD BENDER
                                              Assistant United States Attorney
                                              (By permission)


## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the condition of pre-trial release restricting the defendant's travel to the Eastern and Northern Districts of California is modified as follows:   The defendant is permitted to travel to and from Boise, Idaho, commencing on August 1, 2014, and returning on August 3, 2014.

IT IS SO ORDERED.

Dated:  July 24, 2014

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE