BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>KIEDOCK KIM,<br><br>　　　　　Defendant. | Case No.: 2:10-CR-00255-TLN<br><br>**STIPULATION AND ORDER TRANSFERRING AND APPLYING APPEARANCE BOND TO PARTIAL RESTITUTION PAYMENT**<br><br>Court:   Hon. Troy L. Nunley<br>No Hearing Requested |

　　　　Whereas, on July 9, 2010, defendant Kiedock Kim signed and filed an unsecured appearance bond in this case (see ECF No. 12) and, thereafter, on July 13, 2010, Kim deposited $100,000 into the Court's registry to secure the bond as memorialized by receipt number CAE200027864 on the Docket Report by Court Clerk's text entry dated July 13, 2010;

　　　　Whereas, pursuant to the parties' Plea Agreement, Kim agreed to pay to the United States Bureau of Land Management $107,160 in restitution prior to sentencing, and to facilitate Kim's ability to pay restitution, the United States agreed to stipulate that the Court Clerk may forthwith release to the United States Bureau of Land Management as a partial restitution payment the $100,000 that Kim posted to secure his pretrial release; and

　　　　Whereas, on February 5, 2015, Kim deposited $7,160 into the Court's registry as memorialized by receipt number CAE200064915 as partial payment of his restitution obligations under the Plea

Stipulation And Order Re:  Payment Of Restitution

1

Agreement to the United States Bureau of Land Management,

It is hereby stipulated by and between the parties, through their respective counsel, that:

1. Subject to the approval of the Court and upon receipt of the Court's "Judgment In A Criminal Case" the Court Clerk shall transfer to the United States Department of Interior, Bureau of Land Management at the address below as a restitution payment the amount of $107,160. The $107,160 amount is comprised of the $100,000 that Kim posted on July 13, 2010, to secure his pretrial release and the $7,160 deposit paid on February 5, 2015. The Court Clerk shall promptly issue a $107,160 check payable to the "United States Department of Interior, Bureau of Land Management" and mail that check addressed to:

> United States Department of the Interior
> Bureau of Land Management
> Attention: Administrative Officer Michael Hoffman
> Northern California District, Redding Field Office
> 355 Hemsted Drive
> Redding, California 96002

2. Kim shall remain subject to the conditions of pretrial release previously set, except that Kim may remain on pretrial release on an unsecured $100,000 bond.

BENJAMIN B. WAGNER
United States Attorney

Dated: February 19, 2015

By:  /s/ Samuel Wong

SAMUEL WONG
Assistant United States Attorney

Dated: February 19, 2015        /s/ Malcolm Segal

MALCOM SEGAL, ESQ.
Attorney for defendant Kiedock Kim

2
Stipulation And Order Re: Payment Of Restitution

# ORDER

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, IT IS ORDERED that the Court adopts the stipulation of the parties in its entirety as its ORDER. Accordingly, IT IS ORDERED that:

1. Upon receipt of the Court's "Judgment In A Criminal Case" the Court Clerk shall transfer to the United States Department of Interior, Bureau of Land Management at the address below as a restitution payment the amount of $107,160. The $107,160 amount is comprised of the $100,000 that Kim posted on July 13, 2010, to secure his pretrial release and the $7,160 deposit paid on February 5, 2015. The Court Clerk shall promptly issue a $107,160 check payable to the "United States Department of Interior, Bureau of Land Management" and mail that check addressed to:

> United States Department of the Interior
> Bureau of Land Management
> Attention: Administrative Officer Michael Hoffman
> Northern California District, Redding Field Office
> 355 Hemsted Drive
> Redding, California 96002

2. Kim shall remain subject to the conditions of pretrial release previously set, except that Kim may remain on pretrial release on an unsecured $100,000 bond.

Dated: March 4, 2015

_____
Troy L. Nunley
United States District Judge

Stipulation And Order Re: Payment Of Restitution

3