MALCOLM S. SEGAL - 075481
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
msegal@segal-pc.com

Attorneys for Defendant
KIEDOCK KIM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:10-CR-0255-TLN |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING TERMS OF JUDGMENT AS TO DEFENDANT KIEDOCK KIM** |
| vs. | |
| FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM, | |
| Defendants. _____/ | |

At the request of the defendant, KIEDOCK KIM, through his counsel of record, and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, the parties agree and stipulate that the defendant's judgment and sentencing be amended to state that:

The Court recommends that the defendant be incarcerated at the Satellite Camp at Herlong, California, but only insofar as this accords with security classification and space availability.

1
Stipulation and Order Modifying Terms of Judgment as to Defendant Kiedock Kim

Dated: March 5, 2015					Respectfully submitted,

								**SEGAL & ASSOCIATES, PC**


							By:	/s/ Malcolm Segal
								MALCOLM SEGAL
								Attorneys for Defendant
								KIEDOCK KIM


							By:	/s/ Samuel Wong
Dated: March 5, 2015					SAMUEL WONG
								Assistant United States Attorney
								(By permission)

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the Defendant's judgment shall be amended to state that:

The Court recommends that the defendant be incarcerated at the Satellite Camp at Herlong, California, but only insofar as this accords with security classification and space availability.

**IT IS SO ORDERED.**

Dated: March 6, 2015

							_____
							Troy L. Nunley
							United States District Judge