MALCOLM S. SEGAL - 075481
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
msegal@segal-pc.com

Attorneys for Defendant
KIEDOCK KIM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:10-CR-0255 TLN |
| Plaintiff, | **STIPULATION AND ORDER REGARDING DISPOSITION OF $145.00 IN INTEREST** |
| vs. | |
| FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM, | |
| Defendants. | |

On July 9, 2010, defendant Kiedock Kim signed and filed an unsecured appearance bond; and, thereafter, on July 13, 2010, deposited $100,000.00 in the Court's registry to secure the bond as memorialized by receipt number CAE200027864 on the Docket Report by Court Clerk's text entry dated July 13, 2010;

On March 4, 2015, this Court authorized transfer of those funds to partially satisfy the defendant's obligation to pay restitution to the United States Bureau of Land Management, ECF #107;

The Clerk of the Court thereafter advised the Court and the parties that the amount of $145.00 in interest had accrued on the deposit;

The defendant, having by now completed his restitution in the amount of $107,160.00 as required by this Court's Judgment, it is hereby stipulated by and between the parties, the Defendant Kiedock Kim and the United States, through their respective counsel, that, subject to this Court's approval, the accrued interest should be returned to the defendant by the Clerk of the Court.

Dated: April 13, 2015                    Respectfully submitted,

**SEGAL & ASSOCIATES, PC**


By:    /s/ Malcolm Segal
       MALCOLM SEGAL
       Attorneys for Defendant
       KIEDOCK KIM



BENJAMIN B. WAGNER
United States Attorney


Dated: April 13, 2015      By:    /s/ Samuel Wong
                                  SAMUEL WONG
                                  Assistant United States Attorney
                                  (By permission)

# ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the Clerk of the Court is directed to return the accrued interest on the deposit in the registry of the Court, in the amount of $145.00 to the defendant.

**IT IS SO ORDERED.**

Dated:   April 13, 2015

_____
Troy L. Nunley
United States District Judge