MALCOLM S. SEGAL - 075481
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
msegal@segal-pc.com

Attorneys for Defendant
KIEDOCK KIM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:10-CR-0255 TLN |
| Plaintiff, | **ORDER RELEASING DEFENDANT'S PASSPORT** |
| vs. | |
| FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM, | |
| Defendants. _____/ | |

     The defendant, KIEDOCK KIM, was released on July 9, 2010, on an appearance bond secured by $100,000 deposited with the Court. This Court has since ordered that the $100,000 be released in order to permit the defendant to satisfy a portion of his restitution obligation. (Dkt #107).  His conditions of release required him to surrender his Canadian passport to the Clerk of the Court.  In compliance with that condition, the defendant surrendered the passport to the Clerk of the Court.  (Dkts #15, #78 and #79).

     Defendant was sentenced on February 26, 2015 (Dkt #106) and has since self-surrendered on April 23, 2015 (Dkt #110).

As a Canadian citizen and a metallurgical engineer by profession, the defendant received formal approval from the Department of Homeland Security to work in the United States as a non-immigrant employee under a TN visa, which permits Canadian citizens of Canada as NAFTA professionals to work in the United States. The TN visa requires that the defendant maintain a current, unexpired passport which he will need when he is released from custody.

Because the defendant's case is terminated and he has commenced service of his sentence, it is requested that the defendant's passport be returned to his counsel of record.

## ORDER

GOOD CAUSE APPEARING the Clerk of the Court shall release the defendant's passport to counsel for the defendant.

**IT IS SO ORDERED.**

Dated: April 29, 2015

Troy L. Nunley
United States District Judge